IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVITA RAJ,<br>Plaintiff,<br>v.<br>UNITED AIRLINES, INC.,<br>Defendant. | Case No. 18-cv-01802-CRB<br><br>**ORDER OF DISMISSAL** |

Plaintiff Savita Raj has failed to appear at the case management conference on December 14, 2018. Defendant United Airlines also reports that Raj has failed to cooperate in submitting a joint case management statement and has remained unresponsive as to the scheduling of depositions. Dkt. 49. Federal Rule of Civil Procedure 41(b) permits the involuntary dismissal of an action or claim for a plaintiff's failure to prosecute. In light of Raj's failure to participate in this case, the case is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 14, 2018

CHARLES R. BREYER
United States District Judge